JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONELLE HILL, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT W. GILLIES, Trustor of the Gardner Exemption Trust and the Gardner Survivor's Trust; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:22-cv-02935-SB-AS<br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AND ADMONISHMENT OF PLAINTIFF'S COUNSEL** |

　　Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, **ORDERS** that Plaintiff Jonelle Hill's action against Defendant Robert W. Gillies, Trustor of the Gardner Exemption Trust and the Gardner Survivor's Trust is **DISMISSED** with prejudice. Each party will be responsible for its own fees and costs.

　　**The Court admonishes Plaintiff's counsel, Peter Shahriari, for his repeated carelessness in this case, described in the Court's order at Dkt. No. 28.**

Dated: August 18, 2022

　　　　　　　　　　　　　　　　　　　　/s/ JBS
　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge